**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**MICHAEL A. GREVE**                                        **CASE NO. 20-20727**

                                                                       **Chapter 7**

**DEBTOR**

                                                                       **Judge Wise**

**MOTION TO REOPEN CASE**

COMES NOW the Debtor, by and through counsel, and pursuant to 11 U.S.C. 350(b), request an order allowing him to reopen his bankruptcy case to file his certificate of debtor education. The Debtor timely completed the course and received his certificate on September 27, 2020. The certificate provider provides a service where it files the certificate directly with the Court. For reasons unknown, either counsel did not request the service fro this case correctly, or the service failed to file the certificate once requested. In any event, the failure to file the certificate was not the fault of the Debtor.

Pursuant to 11 U.S.C. 350(b), the case may be reopened to accord relief to the Debtor. Movant submits that the filing of certificate to receive a discharge falls within that scope. As such, the Debtor request an order reopening his case so that he may file his financial education certificate and receive his discharge.

Respectfully submitted,

  /s/ Michael B. Baker
Michael B. Baker (KY-91890)
THE BAKER FIRM, PLLC
301 W. Pike Street
Covington, KY 41011
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com

## NOTICE

Please take notice that unless written objection is filed within 14 days from the date of this notice, the Court may enter an order granting the relief requested without further hearing.  Any objection shall be filed in writing with the United States Bankruptcy Clerk, P.O. Box 1111, Lexington, Kentucky 40588.  Any objection filed shall be set for hearing before the United States Bankruptcy Court at the next available motion docket at 35 West 5th Street, Room 306, Covington, Kentucky.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2020, a copy of the foregoing was served by U.S. Regular Mail, postage pre-paid, or electronically through the Court's ECF System at the email address registered with the court:

Debtors
US Trustee
All parties listed on the Court's mailing matrix.


    /s/ Michael B. Baker
    Michael B. Baker
    THE BAKER FIRM, PLLC